```
           UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

JUANA CONAWAY,

    Plaintiff,

v.                          Civil Action No. 2:15-15537

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

    Defendant.


### MEMORANDUM OPINION AND ORDER

    The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Omar J. Aboulhosn, entered on December 5, 2016; and the magistrate judge having recommended that the court affirm the final decision of the Commissioner; deny plaintiff's motion for judgment on the pleadings; and grant the Commissioner's motion for judgment on the pleadings; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

    1.  The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein;

      2.    Plaintiff's motion for judgment on the pleadings be, and it hereby is, denied;

      3.    The Commissioner's motion for judgment on the pleadings be, and it hereby is, granted;

      4.    The decision of the Commissioner be, and it hereby is, affirmed; and

      5.    The action is dismissed, with prejudice, from the docket of this court.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: December 28, 2016

John T. Copenhaver, Jr.
United States District Judge